**Arthur L. BELL, George Gouverneur Ashwell, Eugene Wadsworth Brown, J. Fred Burkey, Lawrence Cook, A. Ray Elsen, Ed Gilson, Max-Theodore Miller, Bay Burns Sharp and Homer G. Wilcox, Appellants, v. UNITED STATES of America, Appellee.**

**No. 10432.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 4, 1947.

Russell E. Parsons, A. L. Wirin, and Lorrin Andrews, all of Los Angeles, Cal., for appellants.

James M. Carter, U. S. Atty., Norman W. Neukom, Asst. U. S. Atty., and William Strong, Sp. Asst. to U. S. Atty., all of Los Angeles, Cal., for appellee.

Osmond K. Fraenkel and Arthur Garfield Hays, both of New York City, for American Civil Liberties Union, amicus curiæ.

En Banc.

PER CURIAM

Upon the authority of Ballard v. United States, 67 S.Ct. 261, the judgments appealed from in the above entitled case are reversed and the cause remanded to the District Court with instructions to dismiss the indictment.

**Oscar K. SMITH, Appellant, v. UNITED STATES of America, Appellee.**

**No. 5563.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 30, 1947.

Sol C. Berenholtz, of Baltimore, Md., for appellant.

Southgate L. Morison, of Baltimore, Md. (Bernard J. Flynn, U. S. Atty., C. Ross McKenrick, Asst. U. S. Atty., Ober, Williams, Grimes & Stinson, and Robert W. Williams, all of Baltimore, Md., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from a final decree in admiralty, which allowed appellant maintenance and cure but disallowed claims for damages and wages. The facts are fully and correctly stated, together with the principles of law properly applicable, in the opinion of the District Court. See Smith v. United States 66 F.Supp. 933. Nothing would be gained by further discussion either of the facts or of the law; and the opinion of the District Judge is accordingly adopted as the opinion of this Court.

Affirmed.